FULKERSON *v.* STATE OF INDIANA.

[No. 0-457.   Filed November 21, 1956.]

* This case is reported out of sequence.

*Donald G. Fulkerson, pro se.*

PER CURIAM.—The petitioner has filed what he calls a verified petition for a writ of mandate to compel the Judge of the Lake County Criminal Court to act upon an alleged petition for a writ of error *coram nobis*. The petition filed herein fails to comply with Rule 2-35 in that there are no certified copies of pleadings, orders, and entries of the lower court upon which the petition is based.

The petition, therefore, is dismissed.

NOTE.—Reported in 138 N. E. 2d 236.